EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Virginia Council on Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Harry G. Harless, Jr. | (757) 502-5363 | 7/11/1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 469 Ingram Road | Virginia Beach, VA 23452 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| U-Haul Co. of Virginia | + 15 | 757-461-8274 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5609 Raby Road | Norfolk, VA 23502 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| U-Haul International | +500 | 602-263-6811 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2727 N. Central Avenue | Phoenix, Arizona 85004 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Jan. 2018   Latest: 9/21/18
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. My sex is male. I was jointly employed by U-Haul Co. of Virginia (a wholly owned subsidiary of U-Haul International) and U-Haul International (collectively "U-Haul"), as shop foreman at 5609 Raby Road in Norfolk, Virginia. Beginning in January 2018, a female employee, Kaitlyn Mitchell ("Mitchell"), reported to me. Mitchell responded to my supervision by extreme insubordination and profanity, and by making false accusations that I treated her inappropriately. I always treated Mitchell appropriately, and treated her equal to or better than the male employees. I repeatedly complained to shop manager Stephen Ivey ("Ivey"), but he refused to take corrective action and forced me to tolerate Mitchell's offensive conduct toward me. In September 2018, Mitchell submitted 28 pages of false and malicious written complaints against me. On September 21, 2018, Ivey fired me at the direction of U-Haul International Virginia and North Carolina Area District Vice-President Jim Blair based on Mitchell's false accusations, without investigating them, informing me of what they were, or giving me an opportunity to respond to them.

II. I believe U-Haul exposed me to a hostile and offensive work environment caused by Mitchell and terminated my employment without cause, prior notice, opportunity to respond, or investigation, because I am male and in retaliation for complaining about Mitchell's offensive conduct, and pursuant to an unlawful policy, pattern and practice of U-Haul.

III. I believe I have been discriminated against on the basis of my sex, male, and retaliated against for opposing unlawful sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Virginia Human Rights Act, Va. Code §2.2-3900.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/31/2018  *Date*  *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT 1**