# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**HARRY HARLESS,**

            **Plaintiff,**

    v.                         **CIVIL ACTION NO. 2:19- cv-665**

**U-HAUL CO. OF VIRGINIA, et al,**

            **Defendants.**

## ORDER

Before the Court is the above-styled case in which the Court granted a **STAY** on March 25, 2020, to permit the parties to submit to arbitration. On April 15, 2022, the parties in a Joint Status Report advised the Court that the Arbitrator has ruled in favor of the Defendant and against the Plaintiff. The Arbitrator's Order on Summary Judgment was attached to the report. The Order indicates that this Order is in full settlement of all claims submitted in arbitration and all claims not expressly granted herein have been considered and are hereby denied. Accordingly, it is,

    ***ORDERED*** that the **STAY** is hereby **LIFTED**, this case is **CLOSED** on the docket and **DISMISSED.**

The Clerk is directed to provide counsel copies of this Order.

***IT IS SO ORDERED.***

Norfolk, Virginia
May 26, 2022

Raymond A. Jackson
**United States District Judge**